UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tasha Chapman,

    Plaintiff,

v.

Franklin County Court of Common
Pleas - General Division, *et al.*,

    Defendants.

Case No. 2:24-cv-2258

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On May 22, 2024, Magistrate Judge Vascura issued a Report and Recommendation ("R&R"), ECF No. 4, granting Plaintiff's motion for leave to proceed in forma pauperis and, after an initial screen under 28 U.S.C. § 1915(e)(2), recommending the Court dismiss Plaintiff's Complaint. *Id.* The R&R notified Plaintiff of her right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as the right to appeal the Court's adoption of the R&R. *Id.* at 4.

The time for objecting has passed, and no party has objected. Accordingly, the R&R is **ADOPTED**. The claims against Franklin County Court of Common Pleas, Germain Luxury Imports of Columbus, LLC, and Attorney Lorianne Fuhrer are **DISMISSED WITHOUT PREJUDICE**; the claims against Judge Jaiza N. Page are **DISMISSED WITH PREJUDICE**.

The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this case would not be taken in good faith.

The Clerk shall close the case.

**IT IS SO ORDERED.**

*[signature]*

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT